IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKOMI BAMBA<br>505 Allison Street<br>Washington, DC 20011,<br><br>    Plaintiff,<br><br>vs.<br><br>RESOURCE BANK<br>2901 S. Lynhaven Road, # 240<br>Virginia Beach, VA 22452<br><br>COSMOPOLITAN SETTLEMENTS<br>8555 16th Street, Suite 750<br>Silver Spring, MD 20910<br><br>AURORA LOAN SERVICES LLC<br>601 5th Avenue, P.O. Box 4000<br>Scottsbluff, NE 69363, and<br><br>WELLS FARGO BANK, N.A.,<br>P.O. Box 31618<br>Billings, Montana 59107-1678,<br><br>    Defendants. | Case No.: |

**DEFENDANT AURORA LOAN SERVICES, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1(a), and Local Civil Rule 7.1, counsel for defendant Aurora Loan Services LLC, states as follows:

  I, the undersigned counsel of record for defendant Aurora Loan Services LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Aurora Loan Services LLC, which have any outstanding securities in the hands of the public: **Lehman Brothers Holdings, Inc. (NYSE: LEH)**

These representations are made in order that the judges of this Court may determine the need for recusal.

                              Respectfully submitted,

                              WEINER BRODSKY SIDMAN KIDER PC

By: _____
David M. Souders (DC Bar No. 441491)
Sandra B. Vipond (DC Bar No. 465702)
1300 Nineteenth Street, NW, Fifth Floor
Washington, DC 20036
(202) 628-2000 (telephone)
(202) 628-2011 (facsimile)

Attorneys for Defendant Aurora Loan Services LLC

Dated: July 2, 2008

F:\98012\040\lsbv660.oth(CorpDisclosure).doc

## CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of July, 2008, a copy of the foregoing Defendant Aurora Loan Services, LLC's Corporate Disclosure Statement was served upon the following parties and counsel of record by first class, United States Mail, postage prepaid:

William S. Bach, Esq.
717 D Street, N.W., Suite 400
Washington, D.C. 20004

RESOURCE BANK
2901 S. Lynhaven Road, # 240
Virginia Beach, VA  22452

Craig L. Sarner, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., 8th Floor
Washington, DC 20036

Wells Fargo Bank, N.A.
P.O. Box 31618
Billings, Montana 59107-1678

/s/ Hazel Berkoh
Hazel Berkoh