UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MAKOMI BAMBA,** <br><br> Plaintiff, <br><br> v. <br><br> **RESOURCE BANK**, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 08-1163 (ESH) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

On July 2, 2008, defendant Aurora Loan Services LLC filed a Notice of Removal in this matter to which defendant Cosmopolitan Real Estate Settlements, Inc. ("Cosmopolitan") consented. Prior to removal, on June 20, 2008, Cosmopolitan filed a motion to dismiss plaintiff's complaint. Accordingly, it is hereby

**ORDERED** that on or before July 21, 2008, plaintiff shall file her opposition to this motion, and in the event that she fails to oppose this motion, it will be treated as conceded. *See* LCvR 7(b).

**SO ORDERED.**

                                                     /s/
                                     ELLEN SEGAL HUVELLE
                                     United States District Judge

DATE: July 9, 2008