AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

MAKONI BAMBA

Plaintiff,

v

SUN TRUST MORTGAGE, et al.,

Defendants.

APPEARANCE

CASE NUMBER: 08-1163

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff

MAKONI BAMBA

Date: July 10, 2008

BAR IDENTIFICATION NO.: 448-392 D.C.

Signature: /s/ W S Bach

Print Name: William S. Bach Esquire

Address: 717 D. Street, N.W., # 400

City/State/Zip: Washington, D.C. 20004

Phone Number: 202-737-2930