IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKOMI BAMBA,<br><br>                Plaintiff,<br><br>vs.<br><br>RESOURCE BANK, *et al.*,<br><br>                Defendants. | C.A. No. 1:08-cv-001163-ESH. |

## PRAECIPE REGARDING ENTRY OF APPEARANCE

COMES NOW Defendant, COSMOPOLITAN REAL ESTATE SETTLEMENTS, INC. (incorrectly named as "Cosmopolitan Settlements") (hereinafter, "Defendant"), by and through counsel, and respectfully requests that the Clerk of the Court enter the appearance of Joseph J. Bottiglieri, Esquire, Craig L. Sarner, Esquire and the law firm of Bonner Kiernan Trebach & Crociata, LLP as counsel for Defendant Cosmopolitan Real Estate Settlements, Inc. in this matter.

Date: July 15, 2008.

                Respectfully submitted,

                BONNER KIERNAN TREBACH & CROCIATA, LLP

                \s\ Craig L. Sarner
                Joseph J. Bottiglieri, Esquire, Bar No. 418523
                Craig L. Sarner, Esquire, Bar No. 447523
                1233 20th Street, N.W., Suite 800
                Washington, DC 20005
                Telephone: (202) 712-7000
                Facsimile: (202) 712-7100
                **Counsel for Defendant COSMOPOLITAN REAL ESTATE SETTLEMENTS, INC.**

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was sent via ECF and/or mailed, postage, prepaid, on this 15th day of July, 2008, to:

William S. Bach, Esquire
717 D Street, NW, #400
Washington, DC 20004
*Counsel for Plaintiff*

Resource Bank
2901 S. Lynhaven Road, #240
Virginia Beach, VA 23452
*Defendant*

Wells Fargo Bank, NA
P.O. Box 31618
Billings, Montana 59107-1678
*Defendant*

David M. Souders, Esquire
Sandra B. Vipond, Esquire
1300 Nineteenth Street, N.W., Fifth Floor
Washington, DC 20036
*Counsel for Defendant Aurora Loan Services, LLP*

                                          /s/ Craig L. Sarner
                                            Craig L. Sarner

195451-1