IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKOMI BAMBA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 1:08-cv-001163-ESH. |
| | ) |
| RESOURCE BANK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### F.R.C.P. RULE 7.1 AND LCvR 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS OF DEFENDANT COSMOPOLITAN REAL ESTATE SETTLEMENTS, INC.

COMES NOW, Defendant COSMOPOLITAN REAL ESTATE SETTLEMENTS, INC. (incorrectly named as "Cosmopolitan Settlements") (hereinafter, "Defendant"), by and through counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedures and LCvR 7.1 of the United States District Court for the District of Columbia, and hereby submits its corporate affiliations and financial interest disclosure, and states as follows:

I, the undersigned counsel of record for Defendant Cosmopolitan Real Estate Settlements, Inc. certify that to the best of our knowledge and belief, Cosmopolitan Real Estate Settlements, Inc. has no parent corporation, subsidiaries or affiliates, and that no publicly held company owns 10% or more of its stock.

Date: July 15, 2008.

Respectfully submitted,

BONNER KIERNAN TREBACH & CROCIATA, LLP


\s\ Craig L. Sarner
Joseph J. Bottiglieri, Esquire, Bar No. 418523
Craig L. Sarner, Esquire, Bar No. 447523
1233 20th Street, N.W., Suite 800
Washington, DC  20005
Telephone:  (202) 712-7000
Facsimile:  (202) 712-7100
**Counsel for Defendant COSMOPOLITAN REAL ESTATE SETTLEMENTS, INC.**


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent via ECF and/or mailed, postage, prepaid, on this 15th day of July, 2008, to:

William S. Bach, Esquire
717 D Street, NW, #400
Washington, DC 20004
*Counsel for Plaintiff*

Resource Bank
2901 S. Lynhaven Road, #240
Virginia Beach, VA 23452
*Defendant*

Wells Fargo Bank, NA
P.O. Box 31618
Billings, Montana 59107-1678
*Defendant*

David M. Souders, Esquire
Sandra B. Vipond, Esquire
1300 Nineteenth Street, N.W., Fifth Floor
Washington, DC  20036
*Counsel for Defendant Aurora loan Services, LLC*

/s/ Craig L. Sarner
Craig L. Sarner

195448-1