UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAKONI BAMBA,
    Plaintiff,
Vs.                              Civil Action No.  08-1163

RESOURCE BANK, et al.,
    Defendant.

## ANSWER TO DEFENDANT'S COSMOPOLITAN REAL ESTATE SETTLEMENTS, INC.'S RENEWED MOTIONTO DISMISS PLAINTIFFS COMPLAINT

COMES NOW , Plaintiff Mokoni Bamba, (Bamba) through William S. Bach, Esquire, and states as follows:

I. Factual Allegations

1. Title Company Cosmopolitan Real Estate Settlements , Inc., (Title) failed to record the closing documents for over a year after the original closing on July 7th. 2005. causing the Plaintiff to lose refinancing at a better rate.

2. Title failed to return calls from Floyd W. Anderson , Esquire Bamba's attorney. (September 29th Letter 2006) , The HUD 1 was filed out improperly and the notes were if different amounts from the initial closing.

3.  Title was involved in a flipping scheme or just plain Negligent.

II.  Plaintiff's Allegations:

4.  Pressure was made to borrowers to agree to unfair and abusive fee at closing and a foundation of blatant racketeering.

5. Plaintiff's  have clearly stated the basis for the law suit per the Rule 8, D.C. Civil Rules Of Civil Procedure . The facts in this case will enable the Court  to draw obvious inferences in the  sub prime blatant racketeering .

-1-

Perhaps the pleadings should be expanded to reveal the elements of fraud according to Rule 9 of the D.C. Rules of Civil Procedure.

(1) False Representation
(2) In reference to material facts
(3) Made with full knowledge of falsity
(4) With intent to deceive
(5) Action was taken upon reliance upon representation

***Bennett V. Kiggins*** ns App. D.C., 377 A 2nd 57 (1977)

## CONCLUSION

Complaint was in fact filed in good Faith. The Home Equity and Protection Act was blatantly violated which governed the loan closing. Defendants jointly and severally violated the Truth In Lending Act (TILA) and the District of Columbia Statutes and the Defendants are liable.

Summary Judgment is request is premature. Rule 56 (d) of the D.C. Civil Rules of Civil Procedure and the Defendants are not entitled to judgment as a matter of law. The burden of proof must be on the Defendant's demonstrating clear lack of the facts as sated and the absence of any genuine facts. ***Murphy v Army Distaff Found, Inc., App. D.C. 458 A 2d 61 1983)***

Summary Judgment is only permitted when there is no genuine issues of material facts. Defendant was part of the sub prime scam and not made its burden and facts to support his contrary position. *Nader v de Toledono , App. D.C. 4308 A 2d 31 (1979).*

Wherefore Plaintiff requests this Honorable Court Deny the Defendant's Motion for Summary Judgment.

Respectfully Submitted,

/s/ _____
      William S. Bach
717 D. Street, N.W., # 400
Washington, D.C. 20004
202-737-2930 Facsimile 202-737-1350
Bar # 448392
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forewgoin was sent via ECF this 18th. Day of July, 2008, to:

AURORA LOAN SERVICES
Corporation Services Company
2711 Centerville Road Suite 400
Wilmington, DE 19808

Resource Bank
2901 S. Lynhaven Road , # 240
Virginia Beach, VA 23452

Wells Fargho Bank, NA
P.O. Box 31618
Billings, Montana 59107-1678

/s/ William S. Bach
William S. Bach

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAKOMI RAMBA
    Plaintiff,                              1:08-cv-01163-ESH
Vs.
RESOURCE BANK, et al.,
    Defendants.

## PROPOSED ORDER

Upon Consideration of Plaintiff's Motion to DENY Defendant's Motion For Summary Judgment, this _____ Day of _____ 2008, hereby

ORDERED, that Plaintiff's Motion is Granted.

IT IS SO ORDERED.

                                                               _____
                                                               /s/ The Honorable Judge
Copies:                                                        Ellen Segal Huvelle

William S. Bach, Esquire
717 D. Street, N.W. # 400
Washington, D..C. 20004

Joseph J. Bottigleri, Esquire
Craig L. Sarner, Esquire
1233 20th Street, N.W. Suite 800
Washington, D.C. 20036

Resource Bank
2901 S. Lynhaven Road, # 240
Virginia Beach, VA 23452

Wells Fargo Bank, NA
P.O. Box 31618
Billings, Montana 59107-1678

Aurora Loan Services
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808