UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MAKOMI BAMBA | : |
|     Plaintiff, | : |
| v. | :    C.A. No. 08-1163 |
| RESOURCE BANK, et al. | : |
|     Defendants. | : |

### DEFENDANT COSMOPOLITAN REAL ESTATE SETTLEMENTS, INC.'S REPLY TO PLAINTIFF'S ANSWER TO RENEWED MOTION TO DISMISS PLAINTIFFS' COMPLAINT

COMES NOW, Defendant COSMOPOLITAN REAL ESTATE SETTLEMENTS, INC. (incorrectly named as "Cosmopolitan Settlements") (hereinafter, "Defendant" or "*this Defendant*"), by and through counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and, for its Reply to Plaintiff's Answer to Renewed Motion to Dismiss, states the following:

1. Plaintiff's "Answer" makes reference to several factual assertions that are not contained in Plaintiff's Complaint. Accordingly, as Defendant's pleading was filed as a Motion to Dismiss, the court must look to the four corners of the Complaint in reaching a determination on the Motion to Dismiss. Therefore, any such alleged factual assertions contained in the Plaintiff's "Answer" must be ignored.

2. Furthermore, much like the Plaintiff's Complaint, the factual allegations contained in the "Answer" are indecipherable.

3. Plaintiff's Complaint appears to be an attempt to allege a cause of action based upon the terms and condition of her loan. However, as previously argued in the Motion to

Dismiss, no where in the Plaintiff's Complaint does she even mention *this* Defendant by name and/or state the actions or inactions of *this* Defendant in relation to the loan that Plaintiff allegedly received.

4. Accordingly, as Plaintiff must know, *this* Defendant is a settlement company, not a mortgage company or lender and, therefore, this Defendant does not having anything to do with the terms, etc. of the loan. Consequently, the inclusion of *this* Defendant in this lawsuit is incorrect.

5. Moreover, Plaintiff has failed to specifically address and/or challenge any of the legal arguments set forth in Defendant's Motion to Dismiss.

6  In addition, in the "Conclusion" section of the Plaintiff's "Answer," Plaintiff attempts to cite to case law regarding Motions for Summary Judgment. However, Defendant filed a Motion to Dismiss, not a Motion for Summary Judgment.

7. Plaintiff's Complaint is not sufficiently pled pursuant to FRCP 12(b)(6) and 9(b).

WHEREFORE, Defendant COSMOPOLITAN REAL ESTATE SETTLEMENTS, INC. (incorrectly named as "Cosmopolitan Settlements") requests that the Renewed Motion to Dismiss be granted and Plaintiff's Complaint be dismissed with prejudice and that it be awarded its cost of this action and such other and further relief as the Court may deem just and proper. Date: July 25, 2008.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____\s\ Craig L. Sarner_____
Joseph J. Bottiglieri, Esquire, Bar No. 418523
Craig L. Sarner, Esquire, Bar No. 447523
1233 20th Street, N.W., Suite 800
Washington, DC 20005
Telephone: (202) 712-7000
Facsimile: (202) 712-7100
*Counsel for Defendant COSMOPOLITAN REAL ESTATE SETTLEMENTS, INC.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent via ECF and/or mailed, postage, prepaid, on this 25th day of July, 2008, to:

William S. Bach, Esquire
717 D Street, NW, #400
Washington, DC 20004
*Counsel for Plaintiff*

Resource Bank
2901 S. Lynhaven Road, #240
Virginia Beach, VA 23452
*Defendant*

Wells Fargo Bank, NA
P.O. Box 31618
Billings, Montana 59107-1678
*Defendant*

David M. Souders, Esquire
Sandra B. Vipond, Esquire
1300 Nineteenth Street, N.W., Fifth Floor
Washington, DC 20036
*Counsel for Defendant Aurora loan Services, LLC*

_____/s/ Craig L. Sarner_____
Craig L. Sarner

196039-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **MAKOMI BAMBA** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | C.A. No. 08-1163 |
| : | |
| **RESOURCE BANK, et al.** : | |
| : | |
| **Defendants.** : | |

## ORDER

UPON CONSIDERATION of Defendant Cosmopolitan Real Estate Settlements, Inc.'s Renewed Motion to Dismiss Plaintiff's Complaint, Plaintiff's "Answer" thereto, and the record herein, it is by the United States District Court for the District of Columbia this _____ day of _____, 2008, hereby

ORDERED, that Defendant Cosmopolitan Real Estate Settlements, Inc.'s Motion to Dismiss is GRANTED, and it is further

ORDERED that, Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE as to Defendant Cosmopolitan Real Estate Settlements, Inc.

IT IS SO ORDERED.

_____
Judge, United States District Court for the
District of Columbia

Copies to:

Joseph J. Bottiglieri, Esquire
Craig L. Sarner, Esquire
Bonner, Kiernan, Trebach & Crociata, LLP
1233- 20th Street, N.W. Suite 800
Washington, D.C. 20036
*Counsel for Defendant Cosmopolitan Real Estate Settlements, Inc.*

William S. Bach, Esquire
717 D Street, NW, #400
Washington, DC 20004
*Counsel for Plaintiff*

Resource Bank
2901 S. Lynhaven Road, #240
Virginia Beach, VA 23452
*Defendant*

Wells Fargo Bank, NA
P.O. Box 31618
Billings, Montana 59107-1678
*Defendant*

David M. Souders, Esquire
Sandra B. Vipond, Esquire
1300 Nineteenth Street, N.W., Fifth Floor
Washington, DC  20036
*Counsel for Defendant Aurora loan Services, LLC*

196039-1